

CASE NUMBER  02  CV  7300  (Daniels)

AFFIRMATION OF SERVICE

STATE OF NEW YORK}

COUNTY OF NEW YORK} SS:

The undersigned affirms the following as true under the penalty of perjury:

I am an attorney admitted to practice in the courts of this state.

I served the within Summons and Amended Complaint on the following:

### The Islamic Emirate Of Afganistan

On  September 10, 2003
by mailing first class mail, a true copy thereof, in/at an official United States mobile post office at Church Street, New York, New York, enclosed in a sealed envelope, with postage thereon fully prepaid, on the date below indicated, addressed to the following  attorney(s) namely:

DECHERT
1775  I  Street, N. W.
Washington, D. C. 20006

Dated this 10th  day of September, 2003.

_____
            J. David O'Brien



**UNITED STATES POSTAL SERVICE**®

**Receipt**

Amount (Written Out) _____ /100 Dollars

Amount (In Numbers) $ 3.5?

Purpose _____

Is any Portion of this Sale a Charitable Tax Deduction?
☐ Yes   ☐ No

If "Yes," the fair market value of the postage portion of the foregoing stamps equals the First-Class postage rate.

By (Signature and Title) _____   Date 9-10-0?

PS Form **1096**, April 1998

[Church Street Station postmark, 10007]