UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT

2005 MAR 18 P 12:37

---

NEW YORK MARINE AND GENERAL INSURANCE
COMPANY, et al.

           Plaintiff,

-V-

AL.-Qaida, et al.

           Defendants..

**CERTIFICATE OF MAILING**

157~.
03 mo ~~~~~
04cv 6105(RCC)  ECF

---

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**March 18, 2005**

I served the

**SUMMONS & COMPLAINT**
NOTICE OF SUIT, CERTIFICATE OF AUTHENTICITY FROM TRANSLATOR
AND $650 CHECK PAYABLE TO THE U.S. EMBASSY-RIYADH

pursuant to the foreign sovereign immunities Act {28 U.S. C. §1608(a)(4)},filed and issued herein on the

December 23, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

# 7002 2410 0002 6864 2632        #

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
CLERK

Dated: New York, NY

**BROWN GAVALAS & FROMM LLP**

United States District Court
March 15, 2005
Page 3

Please request the Director of Special Consular Services. c/o Edward A.
Betancourt, at the U.S. State Department, to transmit the enclosed materials to Saudi
Arabia, and once the process is complete, to send to you a certified copy of the
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~. Upon receipt. please forward to us a copy of the
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ ddressed, stamped envelope provided for your

f you have any questions or require any additional
ntact us..

Very truly yours,

BROWN GAVALAS & FROMM LLP

Frank J. Rubino, Jr.

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | 5.30 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 9.35 |

UNIT ID: 0004

Postmark
Here

Clerk: KSJHJP

03/18/05

Sent To
Street, Apt. No;
or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002     See Reverse for Instructions